**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6853**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

AARON JUAREZ-GOMEZ,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:11-cr-00375-D-1)

Submitted:  September 18, 2018                           Decided:  September 21, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Aaron Juarez-Gomez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Juarez-Gomez appeals the district court's order denying his motions for reduction of sentence, confining his appeal to the court's denial of his motion seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Juarez-Gomez*, No. 5:11-cr-00375-D-1 (E.D.N.C. July 11, 2018). We deny Juarez-Gomez's motions to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*